**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Regal Art & Gift, Inc., | ) Case No.: 1:14-CV-00972---MJS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Opportunities, Inc., | ) |
| | ) |
| Defendant | ) |

**<u>ORDER</u>**

AND NOW, this 17th day of July, 2014, upon consideration of the parties' Stipulated Extension of Time to Respond, it is hereby ORDERED that Defendants shall file an answer or otherwise respond to Plaintiff's complaint on or before August 18, 2014.

IT IS SO ORDERED.

Dated:   July 18, 2014        /s/ *Michael J. Seng*

                              UNITED STATES MAGISTRATE JUDGE