# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regal Art & Gift, Inc., ) | Case No.: 1:14-CV-00972---MJS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Opportunities, Inc., ) | |
| ) | |
| Defendant ) | |

## **ORDER**

AND NOW, this  19 day of August, 2014, upon consideration of the parties' Stipulated Extension of Time to Respond, it is hereby ORDERED that Defendants shall file an answer or otherwise respond to Plaintiff's complaint on or before August 25, 2014.

IT IS SO ORDERED.

Dated:   August 19, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE