UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL ART & GIFT, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>OPPORTUNITIES, INC., <br><br>　　　　Defendant. | No.  1:14-CV-0972----MJS <br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

　　On September 24, 2014, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of this entire action pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) which provides in relevant part:

　　[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal  before the opposing party serves either an answer or a motion for summary of judgment.

　　Such a Rule 41 (a)(1) notice of dismissal "automatically terminates the action as to the defendants who are subjects of the notice." *Wilson v. City of San Jose,* 111F. 3d 688, 692 (9th Cir. 1997).

　　Plaintiff's Notice of Dismissal complies with the provisions of Rule 41 (a)(1)(A)(i). Accordingly, it is ORDERED that this action is DISMISSED in its entirety with prejudice

1

1 | and the Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated:     September 25, 2014              /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE